Prob 22
(Rev 2/88)

**TRANSFER OF JURISDICTION**

FILED

2007 OCT 16  P 5: 03

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

E-FILING

Docket Number (Transferring Court)
**CR05-00376P-001**

Docket Number (Receiving Court)
**CR 07 00656 JF**

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **TASYA GEIL** | WESTERN WASHINGTON | Seattle |

NAME OF SENTENCING JUDGE

**The Honorable Marsha J. Pechman**

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 03/10/06 | 03/09/11 |

OFFENSE  **Conspiracy to Commit Bank Fraud**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/1/07
DATE

UNITED STATES DISTRICT JUDGE

\* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

OCT 1 2 2007

DATE

UNITED STATES DISTRICT JUDGE

DOCUMENT NO.    CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING